UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO DI CAPRIO,<br><br>Defendant. | Case No.  23-cv-05081-PCP<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 7 |

Plaintiff filed a pro se civil rights action under 42 U.S.C. § 1983. Plaintiff has filed a "motion to withdraw [his] law suit." Dkt. No. 7. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's motion is GRANTED. This case is DISMISSED without prejudice.

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: March 7, 2024

P. Casey Pitts
United States District Judge